**McDERMOTT WILL & EMERY LLP**
Ellie Hourizadeh (#204627)
ehourizadeh@mwe.com
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Telephone:   (310) 277-4110
Facsimile:   (310) 277-4730

Paul M. Schoenhard (*pro hac vice*)
pschoenhard@mwe.com
Nicole M. Jantzi (*pro hac vice*)
njantzi@mwe.com
Mary D. Hallerman (*pro hac vice*)
mhallerman@mwe.com
Sarah P. Hogarth (*pro hac vice*)
shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
Telephone:   (202) 756-8223
Facsimile:   (202) 756-8087

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| SOFTKETEERS, INC., a California corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>REGAL WEST CORPORATION d/b/a REGAL LOGISTICS, a Washington Corporation; VU HO INC., THAI TRAN INC., and DON MAI INC., California corporations; and RANDY NEEVES, VU HO, THAI QUOC TRAN, DON MAI, and TRUNG NGOC DOAN, individuals,<br><br>              Defendants. | CASE NO. 8:19-cv-00519-JVS (JDEx)<br><br>**DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT**<br><br>JUDGE:   Hon. James V. Selna |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Regal West Corporation, Vu Ho Inc., Thai Tran Inc., Don Mai Inc., Randy Neeves, Vu Ho, Thai Quoc Tran, Don Mai, and Trung Ngoc Doan (collectively, "Defendants") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Regarding Motion for Preliminary Injunction entered on May 7, 2019 (Dkt. No. 47)[1] and the Order Granting Plaintiff's Motion for Preliminary Injunction entered on May 8, 2019 (Dkt. No. 48). Copies of said orders are attached hereto.

The Representation Statement appears on the next page of this document.

Dated: May 8, 2019    **MCDERMOTT WILL & EMERY LLP**

By:  /s/ Paul Schoenhard
PAUL M. SCHOENHARD
Attorneys for Defendants

---

[1] Though the Order Regarding Motion for Preliminary Injunction states its "Date" as "May 6, 2019," and the CM/ECF file stamp on the document denotes it as "Filed 05/06/19," the Order Regarding Motion for Preliminary Injunction was not entered on the docket until May 7, 2019, see Dkt. No. 47.

## REPRESENTATION STATEMENT

Under Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, the following statement identifies all parties to the action and their respective counsel.

The appellants, Defendants Regal West Corporation d/b/a Regal Logistics; Vu Ho Inc.; Thai Tran Inc.; Don Mai Inc.; Randy Neeves; Vu Ho; Thai Quoc Tran; Don Mai; Trung Ngoc Doan, are represented by:

MCDERMOTT WILL & EMERY LLP
Ellie Hourizadeh (#204627)
ehourizadeh@mwe.com
2049 Century Park East, Suite 3800
Los Angeles, CA  90067-3218
Telephone:   (310) 277-4110

Paul M. Schoenhard (*pro hac vice*)
pschoenhard@mwe.com
Nicole M. Jantzi (*pro hac vice*)
njantzi@mwe.com
Mary D. Hallerman (*pro hac vice*)
mhallerman@mwe.com
Sarah P. Hogarth (*pro hac vice*)
shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
Telephone:   (202) 756-8223

The appellee, Plaintiff Softketeers, Inc., is represented by:

MASCHOFF BRENNAN LAYCOCK GILMORE ISRAELSON & WRIGHT PLLC
Michael I. Katz (#181728)
mkatz@mabr.com
L. Rex Sears (#294533)
rsears@mabr.com
100 Spectrum Center Drive, Suite 1200
Irvine, CA 92618
Telephone:   (949) 202-1900

Dated: May 8, 2019            **MCDERMOTT WILL & EMERY LLP**

By:   /s/ Paul Schoenhard
        PAUL M. SCHOENHARD
        Attorneys for Defendants