UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 19-519 JVS (JDEx)                    Date   November 18, 2019

Title   Softketeers, Inc. v. Regal West Corporation et al.

Present: The Honorable   **James V. Selna, US District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

| Lanni Sears | Paul Schoenhard |
| Erynn Embree | Sarah Hogarth |

**Proceedings:**   1. Softketeers, Inc's Motion for Terminating or Other Contempt Sanctions [159] [176]
2. Softketeers, Inc's Motion to Dismiss Counterclaims [136]
3. Defendants' Motion for Leave to Supplement Counterclaims [177]
4. Defendants' Motion for Sanctions, Contempt and Possible Disqualification [178]


Cause is called for hearing and counsel make their appearances.  The Court's tentative ruling is issued.  Motions are argued and taken under submission.

                                                                    :        30

                            Initials of Preparer        lmb