Michael I. Katz (CA State Bar No. 181728)
 Email: mkatz@mabr.com
L. Rex Sears (CA State Bar No. 294533)
 Email: rsears@mabr.com
Jared J. Braithwaite (CA State Bar No. 288642)
 Email: jbraithwaite@mabr.com
Erynn L. Embree (CA State Bar No. 312131)
 Email: eembree@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

Attorneys for Plaintiff and Counter-defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SOFTKETEERS, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>REGAL WEST CORPORATION d/b/a REGAL LOGISTICS, a Washington corporation; VU HO INC., THAI TRAN INC., and DON MAI INC., California corporations; and RAND NEEVES, VU HO, THAI QUOC TRAN, DON MAI, TRUNG NGOC DOAN, AND DONG BAO PHAM individuals,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 8:19-cv-00519-JVS (JDEx)<br><br>**DECLARATION OF JARED J. BRAITHWAITE IN SUPPORT OF SOFTKETEERS, INC.'S OPPOSITION TO DEFENDANTS' OBJECTIONS TO THE FEBRUARY 9, 2020 REPORT & RECOMMENDATION OF THE SPECIAL MASTER**<br><br>HON. JAMES V. SELNA<br>UNITED STATES DISTRICT JUDGE<br>SANTA ANA, COURTROOM 10C<br><br>Date: March 30, 2020<br>Time 1:30 p.m. |

I, Jared J. Braithwaite, declare:

1. I am a member of the law firm of MASCHOFF BRENNAN, counsel of record for plaintiff Softketeers, Inc. and counter-defendants Softketeers and Minh Nguyen in this action. I make this declaration of my own personal knowledge, and based on records maintained by MASCHOFF BRENNAN in the ordinary course of business, to which I have access and upon which I rely in the course of performing my duties to MASCHOFF BRENNAN and its clients, including Softketeers and Nguyen.

2. An exemplary page of Softketeers, Inc.'s source code that I reviewed and reference in paragraph no. 9 of the Declaration of Jared J. Brathwaite in Support of Softketeers, Inc.'s Opposition to Defendants' Objections to the February 9, 2020 Report & Recommendation of the Special Master is attached hereto as **Exhibit A**.

3. An exemplary page of the source code produced by Defendants that reviewed and reference in paragraph no. 9 of the Declaration of Jared J. Brathwaite in Support of Softketeers, Inc.'s Opposition to Defendants' Objections to the February 9, 2020 Report & Recommendation of the Special Master is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on the 17th day of March, 2020.

By: /s/ *Jared J. Braithwaite*  
 Jared J. Braithwaite

# EXHIBIT A

# Filed Under Seal & Lodged in Paper Format with the Court

# EXHIBIT B

# Filed Under Seal & Lodged in Paper Format with the Court