# Bruno Declaration Exhibit 1

# DOCUMENT FILED UNDER SEAL IN ITS ENTIRETY