# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** CENTRAL CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 8:19-cv-00519-JWH (JDEx)

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: March 15, 2019

Date of judgment or order you are appealing: February 7, 2023

Docket entry number of judgment or order you are appealing: 942, 944

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Regal West Corporation d/b/a Regal Logistics, Vu Ho Inc., Thai Tran Inc., Rand Neeves, Vu Ho, Thai Quoc Tran, Trung Ngoc Doan, and Dong Bao Pham

Is this a cross-appeal?   ○ Yes   ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◉ Yes   ○ No

If yes, what is the prior appeal case number? 19-55529

Your mailing address (if pro se):

City:      State:      Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Paul M. Schoenhard      **Date** Feb 13, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                          Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Regal West Corporation d/b/a Regal Logistics, Vu Ho Inc., Thai Tran Inc., Rand Neeves, Vu Ho, Thai Quoc Tran, Trung Ngoc Doan, and Dong Bao Pham

Name(s) of counsel (if any):

> Fried, Frank, Harris, Shriver & Jacobson, LLP
> Paul M. Schoenhard
> Nicole M. Jantzi

Address: 801 17th Street NW, Washington, DC 20006

Telephone number(s): (202) 639-7254

Email(s): paul.schoenhard@friedfrank.com; nicole.jantzi@friedfrank.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Softketeers, Inc.

Name(s) of counsel (if any):

> Maschoff Brennan
> L. Rex Sears; R. Parrish Freeman

Address: 1389 Center Drive, Suite 300, Park City, Utah 84098

Telephone number(s): 435-252-1360

Email(s): rsears@mabr.com; pfreeman@mabr.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                              1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Softketeers, Inc.

Name(s) of counsel (if any):
Maschoff Brennan
Erynn L. Embree

Address: 100 Spectrum Center Drive, Suite 1200, Irvine, CA 92618

Telephone number(s): 949-202-1900

Email(s): eembree@mabr.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      2                                      New 12/01/2018